# CASES DISPOSED OF WITHOUT OPINIONS.

CASES DISPOSED OF BY THE SUPREME COURT OF THE STATE OF FLORIDA DURING THE JUNE TERM, A. D. 1912, WITHOUT WRITTEN OPINIONS.

William Zeigler, Plaintiff in Error, v. State of Florida, Defendant in Error.

Writ of error to a judgment of the Circuit Court of Franklin County.

Writ of error dismissed on June 11th, 1912, on motion of Attorney General.

---

John Roberts, Plaintiff in Error, v. State of Florida, Defendant in Error.

Writ of error to a judgment of the Circuit Court of Liberty County.

Writ of error dismissed on November 7th, 1912, on motion of counsel for plaintiff in error.

R. H. Buford and Amos E. Lewis, for Plaintiff in Error.

Park Trammell, Attorney General, for the State.